JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

**E-filing**

**BZ**

**ADR**

## I. (a) PLAINTIFFS
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DEFENDANTS
CISCO SYSTEMS, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  SANTA CLARA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary Jo O'Neil
Equal Employment Opportunity Commission
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85102-2504
Telephone: (800) 669-4000

Attorneys (If Known)
Brendan Dolan, State Bar No. 126732
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, California 94105
Telephone: (415) 442-1000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 640 R.R. & Truck | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 650 Airline Regs. | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | PERSONAL PROPERTY | 660 Occupational Safety/Health | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 350 Motor Vehicle / 370 Other Fraud | 690 Other | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 371 Truth in Lending | | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | 360 Other Personal Injury / 380 Other Personal Property Damage | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motion to Vacate Sentence | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | [X] 442 Employment / Habeas Corpus: | | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | 790 Other Labor Litigation | | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 2000(e) et seq.

Brief description of cause: Employment discriminination (complaint being filed/immediately dismissed pursuant to settlement)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Jeffrey White    DOCKET NUMBER C-07-0654 JSW

DATE: April 11, 2008
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

NDC-JS44

08-1938 BZ

ORIGINAL

Mary Jo O'Neill, AZ Bar #005924
Rita Byrnes Kittle, CO Bar #17871
Lucila Rosas, CAL Bar #187345
**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, AZ 85012
Telephone: (602) 640-5016
Fax: (602)640-5009
Email: Mary.ONeill@eeoc.gov

E-filing

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No.: 1938 <br><br> **COMPLAINT** <br> **And** <br> **DEMAND FOR JURY TRIAL** |

## NATURE OF THE ACTION

This is a public enforcement action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et. seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race, color, and national origin, and to provide appropriate relief to Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum, Craig Oliver, who were adversely affected by such practices. Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), contends that since at least 2004, Defendant, Cisco Systems, Inc. ("Cisco") has engaged in discrimination against job applicants based upon race, color, and national origin by

Complaint - 1

failing to hire Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum and Craig Oliver in Cisco's U.S. Sales Organization.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 703(a), 704, 706(f)(1), 706(f)(3), of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2(a), 2000e-3, 2000e-5(f)(1), 2000e-5(f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court, Northern District of California.

## PARTIES

3. Plaintiff EEOC is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and 706(f)(3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been and is now doing business in the State of California and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty (30) days prior to the institution of this lawsuit, Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum and Craig Oliver (referred to herein as "Plaintiff/Charging Parties"), filed charges of discrimination with the EEOC on behalf of themselves alleging violations of Title VII by Defendant.

7. All conditions precedent to the institution of this lawsuit have been fulfilled.

### FIRST CLAIM FOR RELIEF
### Pattern or Practice of Race, Color and National Origin Discrimination in Employment Practices

8. Plaintiff realleges the foregoing paragraphs 1-7 of this Complaint.

9. Since at least 2004, Defendant has engaged in unlawful discriminatory hiring practices in its U.S. Sales Organization by denying equal employment opportunities to Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum and Craig Oliver because of their race, color and/or national origin.

10. The effect of the practices complained of in Paragraph Nine has been to deprive Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum and Craig Oliver of equal employment opportunities and to otherwise adversely affect their employment status, because of their race, African-American, national origin, and/ or color.

11. The unlawful employment practices complained of in Paragraph Nine above were and are intentional.

12. The unlawful employment practices complained of in Paragraph Nine above were and are done with malice or with reckless indifference to the federally protected rights of Albert Crews III, Sandra Hill, Tony Morris, Jeyakumar Nagarathinum and Craig Oliver.

### PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, Cisco, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment policy or practice which discriminates against applicants of color based on race, color and/or national origin.

Case 3:08-cv-01938-MMC    Document 1    Filed 04/11/2008    Page 5 of 6

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees regardless of race, color, and/or national origin

C.  Order Defendant to make whole those individuals subjected to the unlawful discriminatory treatment based on race, color, and/or national origin by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above;

D.  Order Defendant to make whole those individuals subjected to the unlawful discriminatory treatment based on race, color, and/or national origin, by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and humiliation;

E.  Order Defendant to pay those individuals subjected to the unlawful discriminatory treatment based on race, color, and/or national origin, punitive damages for its malicious and/or reckless conduct described above, in amounts to be determined at trial;

F.  Order Defendant and its successors to provide training to its officers, managers and employees regarding race, color, and national origin discrimination and retaliation in the workplace;

G.  Grant such further relief as the Court deems necessary and proper in the public interest; and

H.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

Dated: April 11, 2008

Respectfully submitted,

RONALD S. COOPER
General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

MARY JO O'NEILL
Regional Attorney
Phoenix District Office

s/ Rita Byrnes Kittle
RITA BYRNES KITTLE
Supervisory Trial Attorney
EEOC Denver Field Office

s/ Lucila Rosas
LUCILA ROSAS
Trial Attorney
EEOC Phoenix District Office


PLEASE NOTE:
For the purposes of service upon the EEOC,
it is sufficient that pleadings, notices, and
court documents be served upon the
Trial Attorneys.