BRENDAN DOLAN, State Bar No.126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
CISCO SYSTEMS, INC.

Mary Jo O'Neill
Equal Employment Opportunity Commission
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012-2504
Tel: 800.669.4000
Fax: 602.640.5071

Counsel for Equal Employment Opportunity Commission

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BZ

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 08 1938<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Pursuant to the stipulation of the Parties, the above-entitled action is **ORDERED** dismissed with prejudice.

DATED: _____   _____
United States District Judge

1-SF/7676373.1

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C-07-0654 JSW