UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　Defendant(s). | No. C08-1938 BZ<br><br>**NOTICE OF RECUSAL** |

　　　　I hereby recuse myself in the above action.

Dated: April 15, 2008

　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\EEOC V. CISCO.RECUSAL.wpd

1