ORIGINAL

1  BRENDAN DOLAN, State Bar No.126732
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   Attorneys for Defendant
5  CISCO SYSTEMS, INC.

6  Mary Jo O'Neill
   Equal Employment Opportunity Commission
7  3300 North Central Avenue, Suite 690
   Phoenix, Arizona 85012-2504
8  Tel: 800.669.4000
   Fax: 602.640.5071
9
   Counsel for Equal Employment Opportunity
10 Commission

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15 EQUAL EMPLOYMENT                    Case No.
   OPPORTUNITY COMMISSION,
16
                                       **[PROPOSED] ORDER OF DISMISSAL**
17          Plaintiff,

18      vs.

19 CISCO SYSTEMS, INC.,

20
            Defendant.
21

22      Pursuant to the stipulation of the Parties, the above-entitled action is **ORDERED**

23 dismissed with prejudice.

24

25 DATED: ___April 17, 2008___

26                                       United States District Judge

27

28

I-SF/7676373.1                          [PROPOSED] ORDER OF DISMISSAL
                                        CASE NO. C-07-0654 JSW